THE PEOPLE OF THE STATE OF NEW YORK ex rel. OLD HEIDELBERG TAVERN, INC., Petitioner, v. EDWARD P. MULROONEY, Chairman, EDWARD SCHOENECK and Others, Commissioners, and State Liquor Authority, Respondents.— Determination of the State Liquor Authority revoking the relator's license unanimously confirmed and the certiorari proceeding dismissed, with twenty-five dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.

SYLVIA RICH and HARRY RICH, Respondents, v. RAILWAY EXPRESS AGENCY, INC., Defendant. M. DAVID MORROW, Attorney, Appellant.— In a negligence action, order substituting attorneys and allowing the former attorney a percentage of any recovery which may be had by settlement or judgment modified so as to allow the attorney the sum of $100 for his compensation and three dollars for disbursements made by him, and as so modified affirmed, in so far as an appeal is taken therefrom, without costs. In our opinion, it was error for the Special Term to fix the appellant's compensation by a percentage upon any recovery which may be had. The appellant is entitled to the fair value of the services performed by him thus far. (Matter of Krooks, 257 N. Y. 329.) Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

ABRAHAM B. SCHNEIDER, Doing Business under the Firm Name and Style of A. B. SCHNEIDER CO., Appellant, v. PARTHENON AMUSEMENT CORPORATION and HERMAN WEINGARTEN, Respondents.— Order denying in part the motion to vacate defendants' notice of examination before trial affirmed, in so far as an appeal is taken therefrom, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

CORYDON V. SEARING, Respondent, v. WILLIAM GRALNICK, Doing Business under the Firm Name and Style of WILLIAM'S APPAREL SHOPPE, Appellant.— Judgment of the County Court of Suffolk county in favor of plaintiff in an action to recover unpaid rent on premises leased to defendant and order denying defendant's motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.